```
              UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF TENNESSEE
                    WESTERN DIVISION
```

| | |
|---|---|
| **DEACTRESS MCLEAN,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   No. 21-1188-SHM-tmp |
| | ) |
| **SHERIFF JOHN MEHR, ET AL.,** | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT

Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is dismissed in accordance with the Order (ECF No. 10), docketed July 31, 2024, dismissing the case with prejudice.  Any appeal in this matter by Movant proceeding in forma pauperis is not taken in good faith.

## APPROVED:

*/s/   Samuel H. Mays, Jr.*
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

*July 31, 2024*                    WENDRY R. OLIVER
DATE                               CLERK

                                    */s/  Jairo Mendez*
                                    (By) DEPUTY CLERK